United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 16-14184-ref
Jeremias Del Villar                                                     Chapter 13
Xiomara Del Villar
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: dlv                 Page 1 of 2              Date Rcvd: Aug 24, 2016
                              Form ID: 309I             Total Noticed: 45

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 26, 2016.
db/jdb         +Jeremias Del Villar,   Xiomara Del Villar,   647 E. Wyoming Street,   Allentown, PA 18103-3521
tr             +FREDERICK L. REIGLE,   Chapter 13 Trustee,   2901 St. Lawrence Ave.,   P.O. Box 4010,
                Reading, PA 19606-0410
smg            +Bureau of Audit and Enforcement,   City of Allentown,   435 Hamilton Street,
                Allentown, PA 18101-1603
smg             City Treasurer,   Eighth and Washington Streets,   Reading, PA  19601
smg            +Lehigh County Tax Claim Bureau,   17 South Seventh Street,   Allentown, PA 18101-2401
smg            +Tax Claim Bureau,   633 Court Street,   Second Floor,   Reading, PA 19601-4300
13750221       +Bank of America, NA,   c/o Joshua I. Goldman, Esq.,   KML Law Group, PC,
                701 Market Street, Suite 5000,   Philadelphia, PA 19106-1541
13742447      ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
               (address filed with court: The Home Depot,   P.O. Box 182676,   Columbus, OH 43218-2676)
13742429       +City of Allentown EMS,   723 W. Chew Street,   2nd floor,   Allentown, PA 18102-4084
13742430        Direct TV,   P.O. Box 5007,   Carol Stream, IL 60197-5007
13742432        Health Network Laboratories,   P.O. Box 8500,   #9581,   Philadelphia, PA 19178-8500
13742434        Lehigh Valley Health Network,   P.O. Box 8500,   Philadelphia, PA 19178-7821
13742435        Lehigh Valley Hospital,   P.O. Box 8500,   #8076,   Philadelphia, PA 19178-8076
13772239       +MIDLAND FUNDING LLC,   PO BOX 2011,   WARREN, MI 48090-2011
13742437        Medical Specialists Epi Gastro,   c/o First Fed Credit Control,   2470 Chagrin Blvd, ste 205,
                Beachwood, OH 44122-5630
13742438       +Michelle DeWald,   1683 Broadhead Court,   Bethlehem, PA 18015-5517
13742439       +Muhlenberg Hospital Center,   2545 Schoenersville Road,   Bethlehem, PA 18017-7384
13742440        National Recovery Agency,   P.O. Box 67015,   Harrisburg, PA 17106-7015
13742442       +Overstock.com,   6350 South 3000 East,   Salt Lake City, UT 84121-5954
13742443       +Penn Credit Corporation,   916 S. 14th Street,   Harrisburg, PA 17104-3425
13742444        Springleaf Financial Services,   4658 Broadway, ste B01,   Allentown, PA 18104-3214
13742446       +The CBE Group Inc.,   P.O. Box 900,   Waterloo, IA 50704-0900

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: mdewald@rcn.com Aug 25 2016 01:58:47     MICHELLE DEWALD,   DeWald Law Offices,
                P.O. Box 5101,   Bethlehem, PA  18015-0001
smg            +E-mail/Text: robertsl2@dnb.com Aug 25 2016 01:59:24     Dun & Bradstreet, INC,
                3501 Corporate Pkwy,   P.O. Box 520,   Centre Valley, PA 18034-0520
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 25 2016 01:59:03
                Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 25 2016 01:59:30     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
ust             E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Aug 25 2016 01:59:20     United States Trustee,
                Office of the U.S. Trustee,   833 Chestnut Street,   Suite 500,   Philadelphia, PA 19107-4405
13742423       +E-mail/Text: bankruptcy@rentacenter.com Aug 25 2016 01:59:56     Acceptance Now,
                5501 Headquarters,   Plano, TX 75024-5837
13750659        EDI: GMACFS.COM Aug 25 2016 01:43:00     Ally Bank,   PO Box 130424,   Roseville MN 55113-0004
13750857        EDI: GMACFS.COM Aug 25 2016 01:43:00     Ally Financial,   PO Box 130424,
                Roseville MN 55113-0004
13742424        EDI: GMACFS.COM Aug 25 2016 01:43:00     Ally Financial,   P.O. Box 9001951,
                Louisville, KY 40290-1951
13742425       +EDI: BANKAMER.COM Aug 25 2016 01:43:00     Bank of America,   450 American Street #SV416,
                Simi Valley, CA 93065-6285
13742426       +EDI: TSYS2.COM Aug 25 2016 01:43:00     Barclay's Bank of Delaware,   125 S. West Street,
                Wilmington, DE 19801-5014
13742427        EDI: HFC.COM Aug 25 2016 01:43:00     Bonton,   P.O. Box 15521,   Wilmington, DE 19850-5521
13742428       +EDI: CAPITALONE.COM Aug 25 2016 01:43:00     Capital One Bank,   P.O. Box 30281,
                Salt Lake City, UT 84130-0281
13754785        EDI: CAPITALONE.COM Aug 25 2016 01:43:00     Capital One Bank (USA), N.A.,   PO Box 71083,
                Charlotte, NC  28272-1083
13742431        EDI: DISCOVER.COM Aug 25 2016 01:43:00     Discover,   P.O. Box 71084,
                Charlotte, NC 28272-1084
13742433        EDI: RMSC.COM Aug 25 2016 01:43:00     HH Gregg,   P.O. Box 965036,   Orlando, FL 32896-5036
13742436       +EDI: TSYS2.COM Aug 25 2016 01:43:00     Macy's,   P.O. Box 8218,   Mason, OH 45040-8218
13742441        EDI: WFNNB.COM Aug 25 2016 01:43:00     New York & Co.,   P.O. Box 182789,
                Columbus, OH 43218-2789
13746403        EDI: RECOVERYCORP.COM Aug 25 2016 01:43:00     Recovery Management Systems Corporation,
                25 S.E. 2nd Avenue, Suite 1120,   Miami, FL 33131-1605
13742445        EDI: WTRRNBANK.COM Aug 25 2016 01:43:00     Target National Bank,   P.O. Box 873,
                Minneapolis, MN 55440
13742449       +EDI: WFFC.COM Aug 25 2016 01:43:00     WFFNB/Furniture Barn,   P.O. Box 14517,
                Des Moines, IA 50306-3517
13742448        EDI: RMSC.COM Aug 25 2016 01:43:00     Walmart,   P.O. Box 965024,   Orlando, FL 32896-5024
13765602        EDI: WFFC.COM Aug 25 2016 01:43:00     Wells Fargo Bank NA,   PO Box 10438,
                Des Moines IA   50306-0438
                                                                                              TOTAL: 23

```
District/off: 0313-4          User: dlv              Page 2 of 2              Date Rcvd: Aug 24, 2016
                              Form ID: 309I          Total Noticed: 45
```

```
           ***** BYPASSED RECIPIENTS (continued) *****

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 26, 2016                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 24, 2016 at the address(es) listed below:
```
          FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          MICHELLE    DEWALD    on behalf of Joint Debtor Xiomara   Del Villar mdewald@rcn.com
          MICHELLE    DEWALD    on behalf of Debtor Jeremias   Del Villar mdewald@rcn.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                         TOTAL: 5
```

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | Jeremias Del Villar | Social Security number or ITIN | xxx–xx–3445 |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Xiomara Del Villar | Social Security number or ITIN | xxx–xx–1318 |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Eastern District of Pennsylvania | Date case filed for chapter 13 | 6/9/16 |
| Case number: | 16–14184–ref | | |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case               12/15
**\*\*Debtor's Photo ID & Social Security Card Must Be Presented at 341 Hearing\*\***

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Jeremias Del Villar | Xiomara Del Villar |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 647 E. Wyoming Street<br>Allentown, PA 18103 | 647 E. Wyoming Street<br>Allentown, PA 18103 |
| 4. | **Debtor's attorney**<br>Name and address | MICHELLE DEWALD<br>DeWald Law Offices<br>P.O. Box 5101<br>Bethlehem, PA 18015–0001 | Contact phone 610 – 419 – 4561<br>Email:  mdewald@rcn.com |
| 5. | **Bankruptcy trustee**<br>Name and address | FREDERICK L. REIGLE<br>Chapter 13 Trustee<br>2901 St. Lawrence Ave.<br>P.O. Box 4010<br>Reading, PA 19606 | Contact phone (610)779–1313<br>Email:  ecfmail@fredreiglech13.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at  www.pacer.gov. | 400 Washington Street<br>Suite 300<br>Reading, PA 19601 | Office Hours:  Philadelphia Office –– 8:30 A.M. to 5:00 P.M Reading Office –– 8:00 A.M. to 4:30 P.M.<br><br>Contact phone (610)2085040<br>Date: 8/24/16 |

**For more information, see page 2**

Official Form 309I               **Notice of Chapter 13 Bankruptcy Case**               page 1

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **September 20, 2016 at 2:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**Bar Association of Lehigh County, Meeting Rooms – Lower Level, 1114 West Walnut Street, Allentown, PA 18102** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 11/19/16** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 12/19/16** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 12/6/16** |
| | **Deadlines for filing proof of claim:**<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. This plan proposes payment to the trustee of 112.00 per month for 60 months. The hearing on confirmation will be held on:<br>**11/3/16** at **9:00 AM**, Location: **Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy or summary of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. | |