UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANNIA

IN RE:
JEREMIAS DEL VILLAR and : Chapter 13
XIOMARA DEL VILLAR : Case No: 16-14184
:
    *Debtors,* :

## ORDER

AND NOW, upon consideration of Debtors' Objection to Proof of Claim of: ALLY FINANCIAL, claim #2, is hereby ORDERED and DECREED that:

1. The Proof of Claim of ALLY FINANCIAL, claim #2, is a SECURED CLAIM IN THE AMOUNT OF $23,457.30 WITH ARREARS IN THE AMOUNT OF $0.00.

BY THE COURT:

5/4/17

_____
Richard E. Fehling
United States Bankruptcy Judge