UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANNIA

IN RE:
JEREMIAS DEL VILLAR and : Chapter 13
XIOMARA DEL VILLAR : Case No: 16-14184
:
*Debtors,* :

## ORDER

AND NOW, upon consideration of Debtors' Objection to Proof of Claim of:
ALLY FINANCIAL, claim #1, is hereby ORDERED and DECREED that:

1. The Proof of Claim of ALLY FINANCIAL, claim #1, is a SECURED CLAIM IN THE AMOUNT OF $10,075.00 WITH ARREARS IN THE AMOUNT OF $0.00.

BY THE COURT:

5/5/17

_____
Richard E. Fehling
United States Bankruptcy Judge