United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Jeremias Del Villar  
Xiomara Del Villar  
     Debtors

Case No. 16-14184-ref  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: Angela      Page 1 of 1      Date Rcvd: May 03, 2017  
                       Form ID: trc      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 05, 2017.  
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
13791109      E-mail/PDF: cbp@onemainfinancial.com May 04 2017 01:50:00      SPRINGLEAF FINANCIAL SERVICES,  
        P.O. BOX 3251,    EVANSVILLE, IN 47731-3251  
                                                                                                                   TOTAL: 1

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                 TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 05, 2017                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 29, 2017 at the address(es) listed below:  
        DENISE ELIZABETH CARLON    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com  
        FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com  
        JOSHUA ISAAC GOLDMAN    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com,  
         bkgroup@kmllawgroup.com  
        LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,  
         ecf_frpa@trustee13.com  
        MICHELLE   DEWALD    on behalf of Debtor Jeremias  Del Villar mdewald@rcn.com  
        MICHELLE   DEWALD    on behalf of Joint Debtor Xiomara  Del Villar mdewald@rcn.com  
        THOMAS I. PULEO    on behalf of Creditor    BANK OF AMERICA, N.A. tpuleo@kmllawgroup.com,  
         bkgroup@kmllawgroup.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM EDWARD MILLER    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, Et Al...  
         wmiller@sterneisenberg.com,   bkecf@sterneisenberg.com  
        WILLIAM EDWARD MILLER    on behalf of Creditor    U.S. Bank National Association, not in its  
         individual capacity, but solely as legal title trustee for BCAT 2016-18TT  
         wmiller@sterneisenberg.com,   bkecf@sterneisenberg.com  
                                                                                                                              TOTAL: 10

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 16-14184-ref
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| Jeremias Del Villar<br>647 E. Wyoming Street<br>Allentown PA 18103 | Xiomara Del Villar<br>647 E. Wyoming Street<br>Allentown PA 18103 |

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 04/29/2017.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 9: SPRINGLEAF FINANCIAL SERVICES, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 | Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk VA 23541 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   05/05/17

Tim McGrath
**CLERK OF THE COURT**