United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 16-14184-ref
Jeremias Del Villar                                                   Chapter 13
Xiomara Del Villar
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: Angela              Page 1 of 1              Date Rcvd: May 05, 2017
                              Form ID: pdf900           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 07, 2017.
db/jdb         +Jeremias Del Villar,   Xiomara Del Villar,   647 E. Wyoming Street,   Allentown, PA 18103-3521

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 07, 2017                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 5, 2017 at the address(es) listed below:
              DENISE ELIZABETH CARLON    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,    ecf_frpa@trustee13.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              MICHELLE   DEWALD    on behalf of Joint Debtor Xiomara  Del Villar mdewald@rcn.com
              MICHELLE   DEWALD    on behalf of Debtor Jeremias  Del Villar mdewald@rcn.com
              THOMAS I. PULEO    on behalf of Creditor    BANK OF AMERICA, N.A. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee     USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM EDWARD MILLER    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, Et Al...
               wmiller@sterneisenberg.com,    bkecf@sterneisenberg.com
              WILLIAM EDWARD MILLER    on behalf of Creditor    U.S. Bank National Association, not in its
                individual capacity, but solely as legal title trustee for BCAT 2016-18TT
                wmiller@sterneisenberg.com,    bkecf@sterneisenberg.com
                                                                                               TOTAL: 10

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANNIA

IN RE:
JEREMIAS DEL VILLAR and           :    Chapter 13
XIOMARA DEL VILLAR                 :    Case No: 16-14184
                                   :
    *Debtors,*             :

## O R D E R

AND NOW, upon consideration of Debtors' Objection to Proof of Claim of:
ALLY FINANCIAL, claim #1, is hereby ORDERED and DECREED that:

1. The Proof of Claim of ALLY FINANCIAL, claim #1, is a SECURED CLAIM IN THE AMOUNT OF $10,075.00 WITH ARREARS IN THE AMOUNT OF $0.00.

BY THE COURT:

5/5/17

_____
Richard E. Fehling
United States Bankruptcy Judge