United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Jeremias Del Villar
Xiomara Del Villar
    Debtors

Case No. 16-14184-ref
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: Angela     Page 1 of 1     Date Rcvd: Jun 08, 2017
                      Form ID: 155     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 10, 2017.
db/jdb         +Jeremias Del Villar,   Xiomara Del Villar,   647 E. Wyoming Street,   Allentown, PA 18103-3521

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                                  TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 10, 2017                                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 8, 2017 at the address(es) listed below:
         DENISE ELIZABETH CARLON    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
         FREDERICK L. REIGLE     ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
         JOSHUA ISAAC GOLDMAN     on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         LISA MARIE CIOTTI     on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
          ecf_frpa@trustee13.com
         MICHELLE   DEWALD     on behalf of Joint Debtor Xiomara  Del Villar mdewald@rcn.com
         MICHELLE   DEWALD     on behalf of Debtor Jeremias  Del Villar mdewald@rcn.com
         THOMAS I. PULEO     on behalf of Creditor    BANK OF AMERICA, N.A. tpuleo@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         United States Trustee     USTPRegion03.PH.ECF@usdoj.gov
         WILLIAM EDWARD MILLER     on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, Et Al...
          wmiller@sterneisenberg.com,   bkecf@sterneisenberg.com
         WILLIAM EDWARD MILLER     on behalf of Creditor    U.S. Bank National Association, not in its
          individual capacity, but solely as legal title trustee for BCAT 2016-18TT
          wmiller@sterneisenberg.com,   bkecf@sterneisenberg.com
                                                                                                      TOTAL: 10

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Jeremias Del Villar and Xiomara Del Villar

       Debtor(s)                          Chapter: 13
                                                Bankruptcy No: 16−14184−ref

_____

### *ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this 8th day of June, 2017 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                                        Richard E. Fehling
                                                        Judge ,
                                                        United States Bankruptcy Court

                                                                            45
                                                                     Form 155