UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANNIA

IN RE:

| | | |
|---|---|---|
| JEREMIAS DEL VILLAR and | : | Chapter 13 |
| XIOMARA DEL VILLAR | : | Case No: 16-14184 |
| | : | |
| *Debtors,* | : | |

## CERTIFICATION OF NO OBJECTION

I, Michelle DeWald, Esquire, attorney for Debtor, do hereby certify that I have received No Responsive Pleading, and have checked the docket and No Responsive Pleading has been filed to the Application by Debtor's Chapter 13 Counsel Pursuant to Local Rule 2002(a)(6).

Date:  June 29, 2017

s/Michelle DeWald
Michelle DeWald, Esquire
Attorney for Debtor