United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Jeremias Del Villar  
Xiomara Del Villar  
    Debtors

Case No. 16-14184-ref  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4     User: Lisa     Page 1 of 1     Date Rcvd: Jul 05, 2017  
                       Form ID: pdf900     Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 07, 2017.
```
db/jdb         +Jeremias Del Villar,   Xiomara Del Villar,   647 E. Wyoming Street,   Allentown, PA 18103-3521
cr             +U.S. BANK NATIONAL ASSOCIATION, Et Al...,   Stern & Eisenberg,   1581 Main Street,   Suite 200,
                Warrington, PA 18976-3400
cr             +U.S. Bank National Association, not in its individ,   1581 Main Street, Suite 200,
                Warrington, PA 18976-3400
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 06 2017 02:07:16
                PRA  Receivables Management LLC,   POB 41067,   Norfolk, VA 23541-1067
cr              E-mail/PDF: gecsedi@recoverycorp.com Jul 06 2017 01:58:32      Synchrony Bank,
                c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue, Suite 1120,
                Miami, FL  33131-1605
                                                                                                TOTAL: 2
```

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 07, 2017                                                                                  Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 5, 2017 at the address(es) listed below:
```
              DENISE ELIZABETH CARLON    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              FREDERICK L. REIGLE     ecfmail@fredreiglech13.com,    ecf_frpa@trustee13.com
              JOSHUA ISAAC GOLDMAN     on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              MICHELLE  DEWALD     on behalf of Joint Debtor Xiomara  Del Villar mdewald@rcn.com
              MICHELLE  DEWALD     on behalf of Debtor Jeremias  Del Villar mdewald@rcn.com
              THOMAS I. PULEO     on behalf of Creditor    BANK OF AMERICA, N.A. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee     USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM EDWARD MILLER     on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, Et Al...
               wmiller@sterneisenberg.com,    bkecf@sterneisenberg.com
              WILLIAM EDWARD MILLER     on behalf of Creditor    U.S. Bank National Association, not in its
               individual capacity, but solely as legal title trustee for BCAT 2016-18TT
               wmiller@sterneisenberg.com,    bkecf@sterneisenberg.com
                                                                                                TOTAL: 10
```

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANNIA

IN RE:
JEREMIAS DEL VILLAR and         :    Chapter 13
XIOMARA DEL VILLAR              :    Case No: 16-14184
                                :
    *Debtors,*                  :

### ORDER APPROVING COMPENSATION TO COUNSEL FOR DEBTOR

NOW, upon consideration of the Application by Debtor's Chapter 13 Counsel Pursuant to Local Rule 2002(a)(6), for compensation and, in the absence of objection and, good cause existing for the approval thereof,

IT IS HEREBY ORDERED AND DECREED, that the compensation charged by the counsel for the Debtor, Michelle DeWald, Esquire in the amount of THREE THOUSAND and xx/100 DOLLARS ($3,000.00), of which ONE THOUSAND and xx/100 DOLLARS ($1,000.00) has been paid already and TWO THOUSAND and xx/100 DOLLARS ($2,000.00) is unpaid and the same is hereby approved.

BY THE COURT:

**Date: June 30, 2017**

_____
RICHARD E. FEHLING
BANKRUPTCY JUDGE