## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY NO. 16-14184(REF) |
| JEREMIAS DEL VILLAR and | : | CHAPTER 13 |
| XIOMARA DEL VILLAR | : | |
| Debtors | : | HEARING SCHEDULED FOR |
| | : | AUGUST 24, 2017 AT 9:30 A.M. |
| | : | UNITED STATES BANKRUPTCY COURT |
| | : | 400 WASHINGTON STREET, SUITE 300 |
| | : | READING, PENNSYLVANIA 19601 |

## CERTIFICATE OF SERVICE

Lavin, O'Neil, Cedrone & DiSipio, by the undersigned, hereby certifies that a copy of Ally Bank's Motion for Relief from the Automatic Stay Pursuant to 11 U.S.C. §362(d) and Waiver of 14 Day Stay of Effectiveness of Order and a copy of the Notice of Motion, Response Deadline and Hearing Date with respect to said Motion in the above-captioned bankruptcy case were served via first class mail on July 31, 2017, upon the following individuals:

                                      LAVIN, O'NEIL, CEDRONE & DiSIPIO

DATED: July 31, 2017          By: /s/ Regina Cohen
                                            Regina Cohen, Esquire
                                            Attorneys for Ally Bank

## **SERVICE LIST**

Michelle DeWald, Esquire
P.O. Box 5101
Bethlehem, PA 18015
(Via ECF Only)

Frederick L. Reigle, Esquire
Chapter 13 Trustee
2901 St. Lawrence Avenue
P.O. Box 4010
Reading, PA 19606
(Via ECF Only)

United States Trustee
Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107
(Via ECF Only)

Jeremias Del Villar
Xiomara Del Villar
647 E. Wyoming Street
Allentown, PA 18103