UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANNIA

IN RE:

JEREMIAS DEL VILLAR and              :        Chapter 13
XIOMARA DEL VILLAR                   :        Case No: 16-14184
                                     :
    *Debtors,*                       :
                                     :  DATE OF HEARING: 8/24/17
                                     :
                                     :  TIME OF HEARING: 9:30 A.M.
                                     :
                                     :  PLACE OF HEARING:
                                     :  COURTROOM #1
                                     :  U.S. BANKRUPTCY COURT
                                     :  400 WASHINGTON STREET
                                     :   READING,

**<u>PRAECIPE TO WITHDRAW DOCUMENT</u>**

TO THE CLERK:

Please withdrawn debtor's Answer to Motion for Relief filed by Ally Bank.

Respectfully Submitted,

BY:    <u>s/Michelle DeWald</u>
       Michelle DeWald, Esquire
       Attorney for Debtors
       1683 Broadhead Court
       Bethlehem, PA 18015
       (610) 419-4561