UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:
:
JEREMIAS DEL VILLAR : Case No. 16-14184 REF
XIOMARA DEL VILLAR, : Chapter 13
       *Debtors* :

### ORDER TO SHOW CAUSE WHY MOTION SHOULD NOT BE DISMISSED

Upon the failure of the parties to file an appropriate stipulation in settlement of the Motion For Relief From Stay filed by U.S. Bank National Association, not in its individual capacity, but solely as legal title trustee for BCAT 2016-18TT *(regarding 647 East Wyoming Street, Allentown, PA 18103)*, on June 29, 2017, (the "Motion"),

IT IS HEREBY ORDERED that movant shall show cause why the Motion should not be dismissed, which show cause hearing shall be held as follows:

**U.S. Bankruptcy Court - E.D. Pa.**
**Third Floor, The Madison**
**400 Washington Street**
**Reading, Pennsylvania, 19601**

on:    Thursday, January 4, 2018

at:    9:30 a.m. prevailing time.

BY THE COURT

**Date: December 14, 2017**

_____
Richard E. Fehling,
United States Bankruptcy Judge