Christopher M. McMonagle, Esq.
Stern & Eisenberg, PC
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976
Telephone: (215) 572-8111
Facsimile: (215) 572-5025

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE EASTERN DISTRICT OF PENNSYLVANIA
# (READING)

| In Re: | |
|---|---|
| Jeremias Del Villar <br> Xiomara Del Villar <br>       Debtors | Chapter 13 <br><br> Case Number: 16-14184-REF |

**PRAECIPE TO WITHDRAW MOTION OF U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS LEGAL TITLE TRUSTEE FOR BCAT 2016-18TT FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. §362(D) WITH RESPECT TO PROPERTY:   647 EAST WYOMING STREET, ALLENTOWN, PA 18103**

Kindly withdraw the Motion for Relief of **U.S. Bank National Association, not in its individual capacity, but solely as legal title trustee for BCAT 2016-18TT.** without prejudice.

                                                      Respectfully Submitted:

                                                      Stern & Eisenberg, PC

By:    <u>/s/ Christopher M. McMonagle, Esq.</u>
          Christopher M. McMonagle, Esquire
          Stern & Eisenberg, PC
          1581 Main Street, Suite 200
          The Shops at Valley Square
          Warrington, PA 18976
          Phone:  (215) 572-8111
          Facsimile:  (215) 572-5025
          Bar Number:  316043
          cmcmonagle@sterneisenberg.com

Date:  January 29, 2018

Christopher M. McMonagle, Esq.
Stern & Eisenberg, PC
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976
Telephone: (215) 572-8111
Facsimile: (215) 572-5025

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE EASTERN DISTRICT OF PENNSYLVANIA
# (READING)

| In Re: <br>　　　Jeremias Del Villar <br>　　　Xiomara Del Villar <br>　　　　　Debtors | Chapter 13 <br><br> Case Number: 16-14184-REF |
|---|---|

## CERTIFICATE OF SERVICE

　　　I, Christopher M. McMonagle, hereby certify that a true and correct copy of the within Praecipe to Withdraw Motion for Relief of U.S. Bank National Association, not in its individual capacity, but solely as legal title trustee for BCAT 2016-18TT, together with this Certificate, was sent to the Debtors, Debtors' Counsel and the Trustee and all other required parties in accordance with the Rules of Bankruptcy Procedure on July 24, 2017, via First Class Mail or electronic notification.

Jeremias Del Villar
647 East Wyoming Street
Allentown, PA 18103

Xiomara Del Villar
647 East Wyoming Street
Allentown, PA 18103

Frederick L. Reigle, Chapter 13 Trustee
2901 St. Lawrence Avenue
P.O. Box 4010, Reading, PA 19606

Michelle Dewald, Esquire
P.O. Box 5101
Bethlehem, PA 18015

　　　　　　　　　　　Respectfully Submitted:
　　　　　　　　　　　Stern & Eisenberg, PC

　　　　　　　　　　　By: /s/ Christopher M. McMonagle, Esq.
　　　　　　　　　　　Christopher M. McMonagle, Esq.,
　　　　　　　　　　　1581 Main Street, Suite 200
　　　　　　　　　　　The Shops at Valley Square
　　　　　　　　　　　Warrington, PA 18976
　　　　　　　　　　　Phone: (215) 572-8111
　　　　　　　　　　　Fax: (215) 572-5025
　　　　　　　　　　　Bar Number: 316043
　　　　　　　　　　　Email: cmcmonagle@sterneisenberg.com

Date: January 29, 2018