UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANNIA

IN RE:
JEREMIAS DEL VILLAR and         :     Chapter 13
XIOMARA DEL VILLAR              :     Case No: 16-14184
                                :
      *Debtors,*               :

# **O R D E R**

AND NOW, upon consideration of the Motion to Approve Loan Modification, no objections having been filed after notice, and finding cause to grant said Motion,

is hereby ORDERED and DECREED that:

1. Debtors' Loan Modification with Selene Finance, LP as attorney in fact for U.S. Bank National Association, not in its individual capacity, but solely as legal title trustee for BCAT 2016-18TT with respect to the property located at 647 E. Wyoming Street, Allentown, PA 18103 is hereby approved.

BY THE COURT:

**Date: February 22, 2018**

_____
Richard E. Fehling
United States Bankruptcy Judge