United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                        Case No. 16-14184-ref
Jeremias Del Villar                                                           Chapter 13
Xiomara Del Villar
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4           User: Lisa              Page 1 of 1            Date Rcvd: Feb 22, 2018
                               Form ID: pdf900        Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 24, 2018.
db/jdb         +Jeremias Del Villar,   Xiomara Del Villar,   647 E. Wyoming Street,   Allentown, PA 18103-3521
cr             +U.S. BANK NATIONAL ASSOCIATION, Et Al...,   Stern & Eisenberg,   1581 Main Street,   Suite 200,
                 Warrington, PA 18976-3400
cr             +U.S. Bank National Association, not in its individ,   1581 Main Street, Suite 200,
                 Warrington, PA 18976-3400

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/Text: ally@ebn.phinsolutions.com Feb 23 2018 02:06:07     Ally Financial Inc.,
                 P.O. Box 130424,   Roseville, MN 55113-0004
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 23 2018 02:10:39
                 PRA Receivables Management LLC,   POB 41067,   Norfolk, VA 23541-1067
cr              E-mail/PDF: gecsedi@recoverycorp.com Feb 23 2018 02:04:34     Synchrony Bank,
                 c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
                                                                                             TOTAL: 3

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 24, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 22, 2018 at the address(es) listed below:
              CHRISTOPHER M. MCMONAGLE    on behalf of Creditor    U.S. Bank National Association, not in its
               individual capacity, but solely as legal title trustee for BCAT 2016-18TT
               cmcmonagle@sterneisenberg.com, bkecf@sterneisenberg.com
              DENISE ELIZABETH CARLON    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              MICHELLE DEWALD    on behalf of Joint Debtor Xiomara  Del Villar mdewald@rcn.com
              MICHELLE DEWALD    on behalf of Debtor Jeremias  Del Villar mdewald@rcn.com
              REGINA COHEN    on behalf of Creditor    Ally Financial Inc. rcohen@lavin-law.com,
               ksweeney@lavin-law.com
              THOMAS I. PULEO    on behalf of Creditor    BANK OF AMERICA, N.A. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM EDWARD MILLER    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, Et Al...
               wmiller@sterneisenberg.com, bkecf@sterneisenberg.com
              WILLIAM EDWARD MILLER    on behalf of Creditor    U.S. Bank National Association, not in its
               individual capacity, but solely as legal title trustee for BCAT 2016-18TT
               wmiller@sterneisenberg.com, bkecf@sterneisenberg.com
                                                                                             TOTAL: 12

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANNIA

IN RE:
JEREMIAS DEL VILLAR and         :    Chapter 13
XIOMARA DEL VILLAR              :    Case No: 16-14184
                                :
    *Debtors,*                    :

## O R D E R

AND NOW, upon consideration of the Motion to Approve Loan Modification, no objections having been filed after notice, and finding cause to grant said Motion,

is hereby ORDERED and DECREED that:

1. Debtors' Loan Modification with Selene Finance, LP as attorney in fact for U.S. Bank National Association, not in its individual capacity, but solely as legal title trustee for BCAT 2016-18TT with respect to the property located at 647 E. Wyoming Street, Allentown, PA 18103 is hereby approved.

BY THE COURT:

**Date: February 22, 2018**

_____
Richard E. Fehling
United States Bankruptcy Judge