UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANNIA

IN RE:
JEREMIAS DEL VILLAR and         :    Chapter 13
XIOMARA DEL VILLAR              :    Case No: 16-14184
                                :
*Debtors,*                      :

## ORDER TO AMEND CHAPTER 13 PLAN POST CONFIRMATION

*AND NOW,* upon consideration of the Debtors', Jeremias Del Villar and Xiomara Del Villar's, Motion to Modify their Chapter 13 Plan Payments Post-Confirmation, it is hereby ORDERED and DECREED that:

Debtors are granted permission to Amend their Chapter 13 Plan Post-Confirmation to pay to Frederick Reigle, Esquire Standing Chapter 13 Trustee, the amount of sixty-two dollars ($62.00) a month for the remaining forty (40) months of their plan commencing March 9, 2018.

*BY THE COURT*

**Date: March 8, 2018**

_____
*Judge*