United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                            Case No. 16-14184-ref
Jeremias Del Villar                                              Chapter 13
Xiomara Del Villar
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: Lisa              Page 1 of 1          Date Rcvd: Mar 08, 2018
                             Form ID: pdf900         Total Noticed: 6


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 10, 2018.
db/jdb       +Jeremias Del Villar,  Xiomara Del Villar,  647 E. Wyoming Street,  Allentown, PA 18103-3521
cr           +U.S. BANK NATIONAL ASSOCIATION, Et Al...,  Stern & Eisenberg,  1581 Main Street,  Suite 200,
              Warrington, PA 18976-3400
cr           +U.S. Bank National Association, not in its individ,  1581 Main Street, Suite 200,
              Warrington, PA 18976-3400

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr           +E-mail/Text: ally@ebn.phinsolutions.com Mar 09 2018 01:32:46      Ally Financial Inc.,
              P.O. Box 130424,  Roseville, MN 55113-0004
cr           +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 09 2018 01:37:26
              PRA  Receivables Management LLC,  POB 41067,  Norfolk, VA 23541-1067
cr            E-mail/PDF: gecsedi@recoverycorp.com Mar 09 2018 01:38:20      Synchrony Bank,
              c/o Recovery Management Systems Corporat,  25 SE 2nd Avenue, Suite 1120,
              Miami, FL  33131-1605
                                                                          TOTAL: 3

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 10, 2018                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 8, 2018 at the address(es) listed below:
        CHRISTOPHER M. MCMONAGLE   on behalf of Creditor   U.S. Bank National Association, not in its
         individual capacity, but solely as legal title trustee for BCAT 2016-18TT
         cmcmonagle@sterneisenberg.com,  bkecf@sterneisenberg.com
        DENISE ELIZABETH CARLON   on behalf of Creditor   BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
        FREDERICK L. REIGLE   ecfmail@fredreiglech13.com,  ecf_frpa@trustee13.com
        JOSHUA ISAAC GOLDMAN   on behalf of Creditor   BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        LISA MARIE CIOTTI   on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
         ecf_frpa@trustee13.com
        MICHELLE  DEWALD   on behalf of Joint Debtor Xiomara  Del Villar mdewald@rcn.com
        MICHELLE  DEWALD   on behalf of Debtor Jeremias  Del Villar mdewald@rcn.com
        REGINA  COHEN   on behalf of Creditor   Ally Financial Inc. rcohen@lavin-law.com,
         ksweeney@lavin-law.com
        THOMAS I. PULEO   on behalf of Creditor   BANK OF AMERICA, N.A. tpuleo@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM EDWARD MILLER   on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION, Et Al...
         wmiller@sterneisenberg.com,  bkecf@sterneisenberg.com
        WILLIAM EDWARD MILLER   on behalf of Creditor   U.S. Bank National Association, not in its
         individual capacity, but solely as legal title trustee for BCAT 2016-18TT
         wmiller@sterneisenberg.com,  bkecf@sterneisenberg.com
                                                                  TOTAL: 12

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANNIA

IN RE:
JEREMIAS DEL VILLAR and      :      Chapter 13
XIOMARA DEL VILLAR        :      Case No: 16-14184
                         :
      *Debtors,*          :

## ORDER TO AMEND CHAPTER 13 PLAN POST CONFIRMATION

*AND NOW,* upon consideration of the Debtors', Jeremias Del Villar and Xiomara Del Villar's, Motion to Modify their Chapter 13 Plan Payments Post-Confirmation, it is hereby ORDERED and DECREED that:

Debtors are granted permission to Amend their Chapter 13 Plan Post-Confirmation to pay to Frederick Reigle, Esquire Standing Chapter 13 Trustee, the amount of sixty-two dollars ($62.00) a month for the remaining forty (40) months of their plan commencing March 9, 2018.

*BY THE COURT*

**Date: March 8, 2018**

_____
                                *Judge*