UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANNIA

IN RE:
JEREMIAS DEL VILLAR and          :        Chapter 13
XIOMARA DEL VILLAR               :        Case No: 16-14184
                                 :
         *Debtors,*              :

## ORDER APPROVING COMPENSATION TO COUNSEL FOR DEBTOR

NOW, upon consideration of the Supplemental Application by Debtor's Chapter 13 Counsel Pursuant to Local Rule 2002(a)(6), for compensation and, in the absence of objection and, good cause existing for the approval thereof,

IT IS HEREBY ORDERED AND DECREED, that the compensation charged by the counsel for the Debtor, Michelle DeWald, Esquire in the amount of FIVE HUNDRED and xx/100 DOLLARS ($500.00) for services provided after confirmation of debtors' chapter 13 is to be paid and the same is hereby approved.

BY THE COURT:

**Date: April 3, 2018**

_____
RICHARD E. FEHLING
BANKRUPTCY JUDGE