## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                              :     BANKRUPTCY NO. 16-14184(REF)
JEREMIAS DEL VILLAR and             :     CHAPTER 13
XIOMARA DEL VILLAR                  :
                                    :     HEARING SCHEDULED FOR
          Debtors                   :     SEPTEMBER 20, 2018 AT 9:30 A.M.
                                    :     UNITED STATES BANKRUPTCY COURT
                                    :     400 WASHINGTON STREET, SUITE 300
                                    :     READING, PENNSYLVANIA 19601

### NOTICE OF MOTION, RESPONSE DEADLINE
### AND HEARING DATE

Ally Financial Inc. has filed a Motion for Relief from the Automatic Stay Pursuant to 11 U.S.C. §362(d) and Waiver of 14 Day Stay of Effectiveness of Order with the Court to terminate the automatic stay as to Ally Financial Inc. with respect to a 2011 Cadillac SRX, VIN: 3GYFNAEY6BS522802 (the "Vehicle"); permit Ally Financial Inc. to take such actions and seek such remedies to recover the Vehicle as are permitted by the Retail Installment Sale Contract, the Pennsylvania Uniform Commercial Code and other applicable laws; and grant such other and further relief as this Court may deem just and proper.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult an attorney.)**

1.      If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before **September 12, 2018**, you or your attorney must do all of the following:

(a)      file an answer explaining your position at:

400 Washington Street, Reading, Pennsylvania 19601

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

(b)      mail a copy to the movant's attorney:

Regina Cohen, Esquire
LAVIN, O'NEIL, CEDRONE & DISIPIO
190 North Independence Mall West
Suite 500
6th and Race Streets
Philadelphia, PA 19106
Phone No. (215) 627-0303

Fax No. (215) 351-1900

2.      If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3.      A hearing on the motion is scheduled to be held before the <u>Honorable Richard E. Fehling</u> on <u>September 20, 2018 at 9:30 a.m.</u>, United States Bankruptcy Court, <u>400 Washington Street, Reading, Pennsylvania 19601</u>.

4.      If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5.      You may contact the Bankruptcy Clerk's office at (610) 208-5040 to find out whether the hearing has been canceled because no one filed an answer.

Date:   August 27, 2018