### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : BANKRUPTCY NO. 16-14184(REF) |
| JEREMIAS DEL VILLAR and | : CHAPTER 13 |
| XIOMARA DEL VILLAR | : |
| | : HEARING SCHEDULED FOR |
| Debtors | : SEPTEMBER 20, 2018 AT 9:30 A.M. |
| | : UNITED STATES BANKRUPTCY COURT |
| | : 400 WASHINGTON STREET, SUITE 300 |
| | : READING, PENNSYLVANIA 19601 |

### CERTIFICATE OF SERVICE

Lavin, O'Neil, Cedrone & DiSipio, by the undersigned, hereby certifies that a copy of Ally Financial Inc.'s Motion for Relief from the Automatic Stay Pursuant to 11 U.S.C. §362(d) and a copy of the Notice of Motion, Response Deadline and Hearing Date with respect to said Motion in the above-captioned bankruptcy case were served via first class mail on August 27, 2018, upon the following individuals:

                                        LAVIN, O'NEIL, CEDRONE & DiSIPIO

DATED: August 27, 2018        By:  /s/ Regina Cohen
                                             Regina Cohen, Esquire
                                             Attorneys for Ally Financial Inc.

## **SERVICE LIST**

Michelle Dewald, Esquire
P.O. Box 5101
Bethlehem, PA 18015-001
(Via ECF Only)


William C. Miller
Interim Chapter 13 Trustee
2901 St. Lawrence Avenue
Suite 100
Reading, PA 19606
(Via ECF Only)


United States Trustee
Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107
(Via ECF Only)


Jeremias Del Villar
Xiomara Del Villar
647 E. Wyoming Street
Allentown, PA 18103