United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Jeremias Del Villar
Xiomara Del Villar
    Debtors

Case No. 16-14184-ref
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: Lisa      Page 1 of 1      Date Rcvd: Sep 21, 2018
                    Form ID: pdf900      Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 23, 2018.
db/jdb      +Jeremias Del Villar, Xiomara Del Villar, 647 E. Wyoming Street, Allentown, PA 18103-3521
cr      +U.S. BANK NATIONAL ASSOCIATION, Et Al..., Stern & Eisenberg, 1581 Main Street, Suite 200, Warrington, PA 18976-3400
cr      +U.S. Bank National Association, not in its individ, 1581 Main Street, Suite 200, Warrington, PA 18976-3400

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr      +E-mail/Text: ally@ebn.phinsolutions.com Sep 22 2018 01:50:01      Ally Financial Inc., P.O. Box 130424, Roseville, MN 55113-0004
cr      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 22 2018 01:58:56      PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067
cr      E-mail/PDF: gecsedi@recoverycorp.com Sep 22 2018 01:59:12      Synchrony Bank, c/o Recovery Management Systems Corporat, 25 SE 2nd Avenue, Suite 1120, Miami, FL 33131-1605
                                                                                    TOTAL: 3

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 23, 2018                                              Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 21, 2018 at the address(es) listed below:
         CHRISTOPHER M. MCMONAGLE    on behalf of Creditor    U.S. Bank National Association, not in its individual capacity, but solely as legal title trustee for BCAT 2016-18TT cmcmonagle@sterneisenberg.com, bkecf@sterneisenberg.com
         DENISE ELIZABETH CARLON    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
         JOSHUA ISAAC GOLDMAN    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
         LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
         MICHELLE DEWALD    on behalf of Joint Debtor Xiomara Del Villar mdewald@rcn.com
         MICHELLE DEWALD    on behalf of Debtor Jeremias Del Villar mdewald@rcn.com
         REGINA COHEN    on behalf of Creditor    Ally Financial Inc. rcohen@lavin-law.com, ksweeney@lavin-law.com
         THOMAS I. PULEO    on behalf of Creditor    BANK OF AMERICA, N.A. tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
         WILLIAM MILLER*R    ecfemail@FredReigleCh13.com, ECF_FRPA@Trustee13.com
         WILLIAM EDWARD MILLER    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, Et Al... wmiller@sterneisenberg.com, bkecf@sterneisenberg.com
         WILLIAM EDWARD MILLER    on behalf of Creditor    U.S. Bank National Association, not in its individual capacity, but solely as legal title trustee for BCAT 2016-18TT wmiller@sterneisenberg.com, bkecf@sterneisenberg.com
                                                                                                  TOTAL: 12

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY NO. 16-14184(REF) |
| JEREMIAS DEL VILLAR and | : | CHAPTER 13 |
| XIOMARA DEL VILLAR | : | |
| | : | HEARING SCHEDULED FOR |
| Debtors | : | SEPTEMBER 20, 2018 AT 9:30 A.M. |
| | : | UNITED STATES BANKRUPTCY COURT |
| | : | 400 WASHINGTON STREET, SUITE 300 |
| | : | READING, PENNSYLVANIA 19601 |

**ORDER GRANTING ALLY FINANCIAL INC.**
**RELIEF FROM THE AUTOMATIC STAY**
**AND WAIVER OF 14 DAY STAY OF EFFECTIVENESS OF ORDER**

After notice and hearing it is hereby ORDERED:

That the automatic stay imposed by 11 U.S.C. §362(a) as to Ally Financial Inc. with respect to the motor vehicle identified as a 2011 Cadillac SRX, VIN: 3GYFNAEY6BS522802 (the "Vehicle"); is hereby terminated effective the date of this Order;

IT IS FURTHER ORDERED that this Order shall become effective immediately without regard to Bankr. R. 4001(a)(3).  Ally Financial Inc. may act immediately upon entry of this Order; and

**Date: September 21, 2018**

FOR THE COURT:

_____
RICHARD E. FEHLING
United States Bankruptcy Judge

Copies mailed to:  See attached service list.