UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANNIA

IN RE:

| | | |
|---|---|---|
| JEREMIAS DEL VILLAR and | : | Chapter 13 |
| XIOMARA DEL VILLAR | : | Case No: 16-14184 |
| | : | |
| *Debtors,* | : | |

CERTIFICATION OF NO RESPONSE

I, Michelle DeWald. Esquire, Attorney for Debtors, hereby certify that no answer, objection or other responsive pleading has been served upon me nor filed with the Clerk of the Bankruptcy Court with respect to the Debtor's Motion to Modify their Chapter 13 Plan post-Confirmation and the Notice of Motion, which were served as set forth in the Certification of Service filed in this matter on March 6, 2019 and I further certify that the motion is uncontested.

Date: March 28, 2019

s/Michelle DeWald__
Michelle Dewald, Esquire
PA #64955
1683 Broadhead Court
Bethlehem, PA 18015
(610) 419-4561 – phone
(610) 419-4872 – fax