UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANNIA

IN RE:
JEREMIAS DEL VILLAR and           :    Chapter 13
XIOMARA DEL VILLAR                 :    Case No: 16-14184
                                   :
    *Debtors,*                       :

## ORDER TO AMEND CHAPTER 13 PLAN POST CONFIRMATION

*AND NOW,* upon consideration of the Debtors', Jeremias Del Villar and Xiomara Del Villar's, Motion to Modify their Chapter 13 Plan Payments Post-Confirmation, it is hereby ORDERED and DECREED that:

Debtors are granted permission to Amend their Chapter 13 Plan Post-Confirmation to pay to Frederick Reigle, Esquire Standing Chapter 13 Trustee, the amount of eighty-five dollars ($85.00) a month for the remaining twenty-eight (28) months of their plan commencing March 9, 2019.

                                               *BY THE COURT*

**Date: April 1, 2019**

                                               *Judge*