United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Jeremias Del Villar
Xiomara Del Villar
    Debtors

Case No. 16-14184-ref
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: Lisa     Page 1 of 1     Date Rcvd: Apr 01, 2019
                     Form ID: pdf900     Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 03, 2019.
```
db/jdb         +Jeremias Del Villar,    Xiomara Del Villar,    647 E. Wyoming Street,    Allentown, PA 18103-3521
cr             +U.S. BANK NATIONAL ASSOCIATION, Et Al...,    Stern & Eisenberg,    1581 Main Street,    Suite 200,
                 Warrington, PA 18976-3403
cr             +U.S. Bank National Association, not in its individ,    1581 Main Street, Suite 200,
                 Warrington, PA 18976-3403
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/Text: ally@ebn.phinsolutions.com Apr 02 2019 03:12:08      Ally Financial Inc.,
                 P.O. Box 130424,    Roseville, MN 55113-0004
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 02 2019 03:14:30
                 PRA  Receivables Management LLC,    POB 41067,    Norfolk, VA 23541-1067
cr              E-mail/PDF: gecsedi@recoverycorp.com Apr 02 2019 03:14:30      Synchrony Bank,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                 Miami, FL  33131-1605
                                                                                              TOTAL: 3
```

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 03, 2019                        Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 1, 2019 at the address(es) listed below:
```
              CHRISTOPHER M. MCMONAGLE    on behalf of Creditor    U.S. Bank National Association, not in its
               individual capacity, but solely as legal title trustee for BCAT 2016-18TT
               cmcmonagle@sterneisenberg.com, bkecf@sterneisenberg.com
              DENISE ELIZABETH CARLON    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              MICHELLE  DEWALD    on behalf of Joint Debtor Xiomara  Del Villar mdewald@rcn.com
              MICHELLE  DEWALD    on behalf of Debtor Jeremias  Del Villar mdewald@rcn.com
              REGINA  COHEN    on behalf of Creditor    Ally Financial Inc. rcohen@lavin-law.com,
               ksweeney@lavin-law.com
              SCOTT  WATERMAN    ECFmail@fredreiglech13.com, ECF_FRPA@Trustee13.com
              THOMAS I. PULEO    on behalf of Creditor    BANK OF AMERICA, N.A. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM  MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com,
               ECF_FRPA@Trustee13.com
              WILLIAM EDWARD MILLER    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, Et Al...
               wmiller@sterneisenberg.com, bkecf@sterneisenberg.com
              WILLIAM EDWARD MILLER    on behalf of Creditor    U.S. Bank National Association, not in its
               individual capacity, but solely as legal title trustee for BCAT 2016-18TT
               wmiller@sterneisenberg.com, bkecf@sterneisenberg.com
                                                                                              TOTAL: 13
```

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANNIA

IN RE:
JEREMIAS DEL VILLAR and        :    Chapter 13
XIOMARA DEL VILLAR             :    Case No: 16-14184
                               :
*Debtors,*                     :

### ORDER TO AMEND CHAPTER 13 PLAN POST CONFIRMATION

*AND NOW,* upon consideration of the Debtors', Jeremias Del Villar and Xiomara Del Villar's, Motion to Modify their Chapter 13 Plan Payments Post-Confirmation, it is hereby ORDERED and DECREED that:

Debtors are granted permission to Amend their Chapter 13 Plan Post-Confirmation to pay to Frederick Reigle, Esquire Standing Chapter 13 Trustee, the amount of eighty-five dollars ($85.00) a month for the remaining twenty-eight (28) months of their plan commencing March 9, 2019.

*BY THE COURT*

**Date: April 1, 2019**

_____
*Judge*