United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 16-14184-ref
Jeremias Del Villar                                             Chapter 13
Xiomara Del Villar
          Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: Lisa          Page 1 of 1          Date Rcvd: Apr 25, 2019
                             Form ID: pdf900      Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 27, 2019.
db/jdb      +Jeremias Del Villar,   Xiomara Del Villar,   647 E. Wyoming Street,   Allentown, PA 18103-3521
cr          +U.S. BANK NATIONAL ASSOCIATION, Et Al...,   Stern & Eisenberg,   1581 Main Street,   Suite 200,
             Warrington, PA 18976-3403
cr          +U.S. Bank National Association, not in its individ,   1581 Main Street, Suite 200,
             Warrington, PA 18976-3403

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr          +E-mail/Text: ally@ebn.phinsolutions.com Apr 26 2019 02:37:18      Ally Financial Inc.,
             P.O. Box 130424,   Roseville, MN 55113-0004
cr          +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 26 2019 02:43:26
             PRA  Receivables Management LLC,   POB 41067,   Norfolk, VA 23541-1067
cr           E-mail/PDF: gecsedi@recoverycorp.com Apr 26 2019 02:42:50      Synchrony Bank,
             c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue, Suite 1120,
             Miami, FL  33131-1605

                                                                               TOTAL: 3

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 27, 2019                    Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 25, 2019 at the address(es) listed below:
          CHRISTOPHER M. MCMONAGLE   on behalf of Creditor   U.S. Bank National Association, not in its
           individual capacity, but solely as legal title trustee for BCAT 2016-18TT
           cmcmonagle@sterneisenberg.com,  bkecf@sterneisenberg.com
          DENISE ELIZABETH CARLON   on behalf of Creditor   BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
          JOSHUA ISAAC GOLDMAN   on behalf of Creditor   BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          LISA MARIE CIOTTI   on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          MICHELLE  DEWALD   on behalf of Joint Debtor Xiomara  Del Villar mdewald@rcn.com
          MICHELLE  DEWALD   on behalf of Debtor Jeremias  Del Villar mdewald@rcn.com
          REGINA  COHEN   on behalf of Creditor   Ally Financial Inc. rcohen@lavin-law.com,
           ksweeney@lavin-law.com
          SCOTT F. WATERMAN (Chapter 13)   ECFMail@ReadingCh13.com
          THOMAS I. PULEO   on behalf of Creditor   BANK OF AMERICA, N.A. tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM  MILLER*R   on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com,
           ECF_FRPA@Trustee13.com
          WILLIAM EDWARD MILLER   on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION, Et Al...
           wmiller@sterneisenberg.com,  bkecf@sterneisenberg.com
          WILLIAM EDWARD MILLER   on behalf of Creditor   U.S. Bank National Association, not in its
           individual capacity, but solely as legal title trustee for BCAT 2016-18TT
           wmiller@sterneisenberg.com,  bkecf@sterneisenberg.com

                                                                               TOTAL: 13

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANNIA

IN RE:
JEREMIAS DEL VILLAR and          :        Chapter 13
XIOMARA DEL VILLAR               :        Case No: 16-14184
                                 :
            *Debtors,*           :

## ORDER APPROVING COMPENSATION TO COUNSEL FOR DEBTOR

NOW, upon consideration of the Supplemental Application by Debtor's Chapter 13 Counsel Pursuant to Local Rule 2002(a)(6), for compensation and, in the absence of objection and, good cause existing for the approval thereof,

IT IS HEREBY ORDERED AND DECREED, that the compensation charged by the counsel for the Debtor, Michelle DeWald, Esquire in the amount of TWO HUNDRED FIFTY and xx/100 DOLLARS ($250.00) for services provided after confirmation of debtors' chapter 13 is to be paid and the same is hereby approved.

BY THE COURT:

**Date: April 25, 2019**

_____
RICHARD E. FEHLING
BANKRUPTCY JUDGE