UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANNIA

IN RE:

JEREMIAS DEL VILLAR and              :        Chapter 13
XIOMARA DEL VILLAR                   :        Case No: 16-14184
                                     :
        *Debtors,*                   :

## CERTIFICATION OF NO OBJECTION

I, MICHELLE DEWALD, Esquire, attorney for Debtors, do hereby certify that I have

received No Responsive Pleading, and have checked the docket and No Responsive Pleading has

been filed to the Application by Debtors' Chapter 13 Counsel Pursuant to FRCVP Local Rule 6

(d) and(e) as well as Notice regarding the Application.  I further certify that the same was mailed

on February 5, 2020, to the Interim Trustee, Assistant U.S. Trustee and parties in interest and

that no objection or responsive pleading has been filed and that the time for answer/response has

passed.

Date: February 24, 2020                    _s/Michelle DeWald_____
                                           MICHELLE DeWALD, Esquire
                                           Attorney I.D. #64955
                                           Attorney for Debtors