UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANNIA

IN RE:
JEREMIAS DEL VILLAR and  :  Chapter 13
XIOMARA DEL VILLAR       :  Case No: 16-14184
                         :
    *Debtors,*    :

### ORDER APPROVING APPLICATION OF DEBTOR FOR AUTHORITY TO EMPLOY REAL ESTATE AGENT

AND NOW, upon the application of JEREMIAS DEL VILLAR and XIOMARA DEL VILLAR, debtors, praying for authority to employ real estate agent and good cause having been shown, it is

ORDERED, that the debtors be, and they hereby are, authorized to employ David Emili, Jr. of Keller Williams Real Estate to market for sale property of the estate known as 647 E. Wyoming Street, Allentown, PA and pay pursuant to any and all fee applications submitted and approved by this Court.

**Date: March 17, 2020**

                                                   Patricia M. Mayer
                                                 U.S. BANKRUPTCY JUDGE