United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Jeremias Del Villar  
Xiomara Del Villar  
    Debtors

Case No. 16-14184-pmm  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4     User: ChrissyW     Page 1 of 1     Date Rcvd: Mar 25, 2020  
                Form ID: pdf900     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 27, 2020.
```
db/jdb      +Jeremias Del Villar,   Xiomara Del Villar,   647 E. Wyoming Street,   Allentown, PA 18103-3521
r            David Emili, Jr.,   40 E. Cedar Crest Bvd,   Allentown, PA  18104
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 27, 2020            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 25, 2020 at the address(es) listed below:
```
          CHRISTOPHER M. MCMONAGLE    on behalf of Creditor    U.S. Bank National Association, not in its
           individual capacity, but solely as legal title trustee for BCAT 2016-18TT
           cmcmonagle@sterneisenberg.com,   bkecf@sterneisenberg.com
          DENISE ELIZABETH CARLON    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          MICHELLE DEWALD    on behalf of Joint Debtor Xiomara  Del Villar mdewald@rcn.com
          MICHELLE DEWALD    on behalf of Debtor Jeremias  Del Villar mdewald@rcn.com
          REGINA COHEN    on behalf of Creditor    Ally Financial Inc. rcohen@lavin-law.com,
           ksweeney@lavin-law.com
          SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
          THOMAS I. PULEO    on behalf of Creditor    BANK OF AMERICA, N.A. tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com,
           ECF_FRPA@Trustee13.com
          WILLIAM EDWARD MILLER    on behalf of Creditor    U.S. Bank National Association, not in its
           individual capacity, but solely as legal title trustee for BCAT 2016-18TT
           wmiller@sterneisenberg.com,   bkecf@sterneisenberg.com
          WILLIAM EDWARD MILLER    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, Et Al...
           wmiller@sterneisenberg.com,   bkecf@sterneisenberg.com
                                                                                             TOTAL: 13
```

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANNIA

IN RE:
JEREMIAS DEL VILLAR and          :     Chapter 13
XIOMARA DEL VILLAR                :     Case No: 16-14184
                                  :
      *Debtors,*                 :

## ORDER APPROVING APPLICATION OF DEBTOR FOR AUTHORITY TO EMPLOY REAL ESTATE AGENT

AND NOW, upon the application of JEREMIAS DEL VILLAR and XIOMARA DEL VILLAR, debtors, praying for authority to employ real estate agent and good cause having been shown, it is

ORDERED, that the debtors be, and they hereby are, authorized to employ David Emili, Jr. of Keller Williams Real Estate to market for sale property of the estate known as 647 E. Wyoming Street, Allentown, PA and pay pursuant to any and all fee applications submitted and approved by this Court.

**Date: March 17, 2020**

_____
Patricia M. Mayer
U.S. BANKRUPTCY JUDGE