UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANNIA

IN RE:
JEREMIAS DEL VILLAR and         :        Chapter 13
XIOMARA DEL VILLAR               :        Case No: 16-14184
                                              :
        *Debtors,*                     :
:

## PRAECIPE TO AMEND DEBTORS' MAILING ADDRESS

TO THE CLERK:

      Please amend the Petition to reflect the Debtors, JEREMIAS DEL VILLAR and XIOMARA DEL VILLAR's, Mailing address as follows:

1055 Centronia Road
Apt. N-13
Breinigsville, PA 18031

                                  Respectfully Submitted,

                        BY:    s/Michelle DeWald
                                Michelle DeWald, Esquire
                                Attorney for Debtors
                                44 E. Broad Street
                                Suite 25
                                Bethlehem, PA 18018
                                (610) 419-4561