DANIEL P. JONES, ESQ.
STERN & EISENBERG, PC
1581 MAIN STREET, SUITE 200
THE SHOPS AT VALLEY SQUARE
WARRINGTON, PA 18976
TELEPHONE: (215) 572-8111
FACSIMILE: (215) 572-5025

**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA
(READING)**

| In Re:<br>  Jeremias Del Villar<br>  Xiomara Del Villar<br>   Debtors | Chapter 13<br><br>Case Number: 16-14184-pmm |
|---|---|

**ORDER**

AND NOW, this _____ day of _____, 2020, upon the motion of U.S. Bank National Association, not in its individual capacity, but solely as legal title trustee for BCAT 2016-18TT ("U.S. Bank National Association"), and upon the failure of Debtor to file an Answer or otherwise plead as directed by the Court (and/or after hearing held and consideration of all evidence, arguments and briefs of Counsel), it is ORDERED AND DECREED that Movant, U.S. Bank National Association (and any assignee/successor-in-interest) is granted relief from the stay of 11 U.S.C. §362 to proceed with enforcement of all rights Movant has under state and federal law concerning the Property (the "Property"): 647 EAST WYOMING STREET, ALLENTOWN, PA 18103.

It is further ORDERED and DECREED that the 14-day stay pursuant to BKRP 4001(a)(3) is hereby waived.

BY THE COURT:

*Patricia M. Mayer*

**Date: April 22, 2020**

_____
UNITED STATES BANKRUPTCY JUDGE