UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANNIA

IN RE: 
JEREMIAS DEL VILLAR and : Chapter 13
XIOMARA DEL VILLAR : Case No: 16-14184
  :
      *Debtors,* :

## CERTIFICATION OF NO RESPONSE

I, Michelle DeWald, Esquire, do hereby certify that I have received no Responsive Pleading, and have checked the docket and no Responsive Pleading has been filed on the Nunc Pro Tunc Motion to Sell Free and clear of all liens and encumbrances property of the estate known as 647 East Wyoming Street, Allentown, Pennsylvania. Said Motion was served upon the Trustee and all creditors on April 19, 2020.

                                                                                                    s/Michelle DeWald

Date: May 14, 2020                                                           Michelle DeWald, Esquire