UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANNIA

IN RE:
JEREMIAS DEL VILLAR and : Chapter 13
XIOMARA DEL VILLAR : Case No: 16-14184
:
*Debtors,* :

## ORDER

AND NOW, upon the nunc pro tunc motion of debtor to sell real estate known as 647 East Wyoming Street, Allentown, Pennsylvania Free and Clear of all Liens and Encumbrances Pursuant to 11 U.S.C. Section 363,

IT IS HEREBY ORDERED that the motion is granted and further that and documents executed by Debtors Jeremias Del Villar and Xiomara Del Villar to complete the sale of, and to sell 647 East Wyoming Street, Allentown, Pennsylvania Tax ID #641607155639-1, free and clear of liens, claims and encumbrances, for the sum of One hundred fifty-seven thousand dollars ($157,000.00), to Carlos I. Maldonado Perez and Yesenia Maisonet Vasquez are approved nunc pro tunc.

IT IS FURTHER ORDERED, that distributions of the proceeds from the sale of the real estate at settlement, made as follows:

a. $130.00 deed preparation costs

b. $35.00 Mortgage cancellation fee

c. $20.00 Notary fee to Adagisa Martinez

d. $20.00 overnight fees to Quaint Oak Abstract, LLC

e. $1,570.00 transfer tax to Lehigh County Recording Office

f. $4,995.00 to Keller Williams Real Estate

g. $3,425.00 to Allentown City Realty

    h.  $135,393.10 to Selene Finance for the recorded first mortgage lien

    i.  $5,949.19 to Jeremias Del Villar and Xiomara Del Villar, Debtors

are approved nunc pro tunc.

                      BY THE COURT:

_____
PATRICIA M. MAYER
United States Bankruptcy Judge