United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 16-14184-pmm
Jeremias Del Villar                                                   Chapter 13
Xiomara Del Villar
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: ChrissyW           Page 1 of 1           Date Rcvd: May 14, 2020
                          Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 16, 2020.
db/jdb         +Jeremias Del Villar,   Xiomara Del Villar,   1055 Centronia Road,   Apt. N-13,
                 Breinigsville, PA 18031-1762

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 16, 2020                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 14, 2020 at the address(es) listed below:
              CHRISTOPHER M. MCMONAGLE    on behalf of Creditor    U.S. Bank National Association, not in its
               individual capacity, but solely as legal title trustee for BCAT 2016-18TT
               cmcmonagle@sterneisenberg.com,   bkecf@sterneisenberg.com
              DANIEL P. JONES    on behalf of Creditor    U.S. Bank National Association, not in its individual
               capacity, but solely as legal title trustee for BCAT 2016-18TT djones@sterneisenberg.com,
               bkecf@sterneisenberg.com
              DENISE ELIZABETH CARLON    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              JOSHUA I. GOLDMAN    on behalf of Creditor    BANK OF AMERICA, N.A. Josh.Goldman@padgettlawgroup.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              MICHELLE DEWALD    on behalf of Joint Debtor Xiomara  Del Villar mdewald@rcn.com
              MICHELLE DEWALD    on behalf of Debtor Jeremias  Del Villar mdewald@rcn.com
              REGINA COHEN    on behalf of Creditor    Ally Financial Inc. rcohen@lavin-law.com,
               ksweeney@lavin-law.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              THOMAS I. PULEO    on behalf of Creditor    BANK OF AMERICA, N.A. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com,
               ECF_FRPA@Trustee13.com
              WILLIAM EDWARD MILLER    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, Et Al...
               wmiller@sterneisenberg.com,   bkecf@sterneisenberg.com
              WILLIAM EDWARD MILLER    on behalf of Creditor    U.S. Bank National Association, not in its
               individual capacity, but solely as legal title trustee for BCAT 2016-18TT
               wmiller@sterneisenberg.com,   bkecf@sterneisenberg.com
                                                                                              TOTAL: 14

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**Jeremias and Xiomara**
**Del Villar,**                                          :         Chapter 13

                                                         :

                      **Debtors.**        :         Case No.   16-14184 (PMM)
_____

### **ORDER**

      This 14th day of May, 2020, upon consideration of the Debtors' Motion to Sell Real Estate Free and Clear of All Liens and Encumbrances (the "Motion," doc. no. 122):

      And a hearing on the Motion having been held on May 14, 2020;

      AND the Debtors' chapter 13 Plan providing that "property of the estate shall revest" in the Debtors upon confirmation. See Third Amended Chapter 13 Plan, doc. no. 38 at 2;

      AND the Plan having been confirmed on June 8, 2017. Doc. no. 45;

      AND, in general, a bankruptcy court lacks jurisdiction over a post-confirmation transaction or dispute which does not affect the plan of reorganization. E.g. In re Thopre, 597 B.R. 253 (Bankr. E.D. Pa. 2019);

      AND, in this case, the sale transaction detailed in the Motion having taken place post-confirmation. The Debtors do not argue or present evidence that the sale of the property affects their Plan;

AND, upon consideration of the foregoing, it is, therefore, hereby **ordered** that the Motion is **denied** because the Court lacks jurisdiction over this matter.[1]

*Patricia M. Mayer*
_____

HONORABLE PATRICIA M. MAYER
United States Bankruptcy Judge

---

[1] Alternatively, the Motion will be denied because it seeks to rewrite the record by the implementation of a *nunc pro tunc* order granting the sale of property that was completed nearly two months ago.  See Roman Catholic Archdiocese of San Juan, Puerto Rico v. Acevedo Feliciano, 140 S. Ct. 696, 701 (2020).