| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
Chapter 13 Case No. 16-14184-PMM

JEREMIAS DEL VILLAR
XIOMARA DEL VILLAR
647 E. WYOMING STREET
ALLENTOWN  PA    18103

Petition Filed Date: 06/09/2016
341 Hearing Date: 09/20/2016
Confirmation Date: 06/08/2017

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/22/2019 | $62.00 | | 03/29/2019 | $85.00 | | 05/24/2019 | $85.00 | |
| 08/16/2019 | $100.00 | | 01/14/2020 | $200.00 | | 02/26/2020 | $125.00 | |
| 03/23/2020 | $120.00 | | 04/24/2020 | $110.00 | | 04/29/2020 | $165.00 | |

**Total Receipts for the Period:  $1,052.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $1,686.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 17 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>»» 017 | Unsecured Creditors | $504.97 | $0.00 | $504.97 |
| 3 | AMERICAN INFOSOURCE LP<br>»» 003 | Unsecured Creditors | $669.73 | $0.00 | $669.73 |
| 4 | AMERICAN INFOSOURCE LP<br>»» 004 | Unsecured Creditors | $4,137.29 | $0.00 | $4,137.29 |
| 5 | AMERICAN INFOSOURCE LP<br>»» 005 | Unsecured Creditors | $2,099.81 | $0.00 | $2,099.81 |
| 6 | AMERICAN INFOSOURCE LP<br>»» 006 | Unsecured Creditors | $1,527.91 | $0.00 | $1,527.91 |
| 1 | ALLY FINANCIAL<br>»» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | ALLY FINANCIAL<br>»» 002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 12 | QUANTUM3 GROUP LLC as agent for<br>»» 012 | Unsecured Creditors | $1,115.62 | $0.00 | $1,115.62 |
| 13 | QUANTUM3 GROUP LLC as agent for<br>»» 013 | Unsecured Creditors | $350.92 | $0.00 | $350.92 |
| 14 | QUANTUM3 GROUP LLC as agent for<br>»» 014 | Unsecured Creditors | $799.68 | $0.00 | $799.68 |
| 16 | DEPARTMENT STORE NATIONAL BANK<br>»» 016 | Unsecured Creditors | $845.29 | $0.00 | $845.29 |
| 8 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 008 | Unsecured Creditors | $678.26 | $0.00 | $678.26 |
| 9 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 009 | Unsecured Creditors | $3,959.93 | $0.00 | $3,959.93 |
| 10 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 010 | Unsecured Creditors | $694.90 | $0.00 | $694.90 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 011 | Unsecured Creditors | $756.35 | $0.00 | $756.35 |
| 15 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 015 | Unsecured Creditors | $2,608.49 | $0.00 | $2,608.49 |

| | | | | | |
|---|---|---|---|---|---|
| 19 | SELENE FINANCE<br>»» 019 | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 18 | TD BANK USA NA<br>»» 018 | Unsecured Creditors | $2,125.95 | $0.00 | $2,125.95 |
| 7 | WELLS FARGO<br>»» 007 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 20 | MICHELLE DE WALD ESQ<br>»» 020 | Attorney Fees | $2,500.00 | $1,543.13 | $956.87 |
| 20 | MICHELLE DE WALD ESQ<br>»» 20B | Attorney Fees | $250.00 | $0.00 | $250.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $1,686.00 | Current Monthly Payment: | $85.00 |
| Paid to Claims: | $1,543.13 | Arrearages: | $540.00 |
| Paid to Trustee: | $142.87 | Total Plan Base: | $3,076.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.