## UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANNIA

| | | |
|---|---|---|
| IN RE: | : | |
| JEREMIAS DEL VILLAR and | : | Chapter 13 |
| XIOMARA DEL VILLAR | : | Case No: 16-14184 |
| | : | |
| *Debtors,* | : | |

### CERTIFICATION OF NO RESPONSE

I, Michelle DeWald. Esquire, Attorney for Debtors, hereby certify that no answer, objection or other responsive pleading has been served upon me nor filed with the Clerk of the Bankruptcy Court with respect to the Debtor's Motion to Modify their Chapter 13 Plan post-Confirmation and the Notice of Motion, which were served as set forth in the Certification of Service filed in this matter on September 21, 2020 and I further certify that the motion is uncontested.

Date:  October 13, 2020                    s/Michelle DeWald__
                                           Michelle Dewald, Esquire
                                           PA #64955
                                           44 E. Broad Street
                                           Suite 25
                                           Bethlehem, PA 18018
                                           (610) 419-4561 – phone
                                           (610) 419-4872 – fax