UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANNIA

IN RE:
JEREMIAS DEL VILLAR and      :  Chapter 13
XIOMARA DEL VILLAR            :  Case No: 16-14184
                              :
*Debtors,*                    :

## ORDER TO AMEND CHAPTER 13 PLAN POST CONFIRMATION

*AND NOW,* upon consideration of the Debtors, Jeremias Del Villar and Xiomara Del Villar's , Motion to Modify their Chapter 13 Plan Post-Confirmation, and notice of the motion and hearing thereon having been served on all interested parties, and no objection having been filed thereto,

It is hereby ORDERED that the Debtors' Motion is **GRANTED** and the Debtors' Third Amended Plan (doc. #134) filed on September 21, 2020 is **CONFIRMED.**

*BY THE COURT*

*Patricia M. Mayer*
_____
*Judge*

**Date: October 15, 2020**