UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANNIA

IN RE:
JEREMIAS DEL VILLAR and          :     Chapter 13
XIOMARA DEL VILLAR               :     Case No: 16-14184
                                 :
    *Debtors,*               :

## CERTIFICATION OF NO OBJECTION

    I, Michelle DeWald, Esquire, attorney for Debtor, do hereby certify that I have received No Responsive Pleading, and have checked the docket and No Responsive Pleading has been filed to the Supplemental Application by Debtor's Chapter 13 Counsel Pursuant to Local Rule 2002(a)(6) as well as Notice regarding the Supplemental Application.  I further certify that the same having been mailed October 15, 2020, on the Debtor, all creditors, Interim trustee, Assistance U.S. Trustee and parties in interest and/or notification by electronic notification.


Date:  November 7, 2020                                            s/Michelle DeWald
                                                                                    Michelle DeWald, Esquire
                                                                                    Attorney for Debtor