United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                                           Case No. 16-14184-pmm

Jeremias Del Villar                                                                                                      Chapter 13

Xiomara Del Villar

      Debtor(s)

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: Adminstra | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Nov 09, 2020 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 11, 2020:**

**Recip ID**           **Recipient Name and Address**
db/jdb            + Jeremias Del Villar, Xiomara Del Villar, 1055 Centronia Road, Apt. N-13, Breinigsville, PA 18031-1762

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 11, 2020                Signature:       /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 9, 2020 at the address(es) listed below:**

**Name**              **Email Address**

CHRISTOPHER M. MCMONAGLE
              on behalf of Creditor U.S. Bank National Association  not in its individual capacity, but solely as legal title trustee for BCAT 2016-18TT cmcmonagle@sterneisenberg.com, bkecf@sterneisenberg.com

DANIEL P. JONES
              on behalf of Creditor U.S. Bank National Association  not in its individual capacity, but solely as legal title trustee for BCAT 2016-18TT djones@sterneisenberg.com, bkecf@sterneisenberg.com

DENISE ELIZABETH CARLON
              on behalf of Creditor BANK OF AMERICA  N.A. bkgroup@kmllawgroup.com

JOSHUA I. GOLDMAN
              on behalf of Creditor BANK OF AMERICA  N.A. Josh.Goldman@padgettlawgroup.com, kevin.shatley@padgettlawgroup.com

LISA MARIE CIOTTI
              on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com  ecf_frpa@trustee13.com

District/off: 0313-4                                       User: Adminstra                                        Page 2 of 2
Date Rcvd: Nov 09, 2020                            Form ID: pdf900                                    Total Noticed: 1

MICHELLE DEWALD
                        on behalf of Joint Debtor Xiomara Del Villar mdewald@rcn.com

MICHELLE DEWALD
                        on behalf of Debtor Jeremias Del Villar mdewald@rcn.com

REGINA COHEN
                        on behalf of Creditor Ally Financial Inc. rcohen@lavin-law.com  ksweeney@lavin-law.com

SCOTT F. WATERMAN (Chapter 13)
                        ECFMail@ReadingCh13.com

THOMAS I. PULEO
                        on behalf of Creditor BANK OF AMERICA  N.A. tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com

United States Trustee
                        USTPRegion03.PH.ECF@usdoj.gov

WILLIAM MILLER*R
                        on behalf of Trustee WILLIAM MILLER*R ecfemail@FredReigleCh13.com  ECF_FRPA@Trustee13.com

WILLIAM EDWARD MILLER
                        on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION  Et Al... wmiller@friedmanvartolo.com,
                        wedwardmiller@gmail.com

WILLIAM EDWARD MILLER
                        on behalf of Creditor U.S. Bank National Association  not in its individual capacity, but solely as legal title trustee for BCAT
                        2016-18TT wmiller@friedmanvartolo.com, wedwardmiller@gmail.com


TOTAL: 14

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANNIA

IN RE:
JEREMIAS DEL VILLAR and   :   Chapter 13
XIOMARA DEL VILLAR     :   Case No: 16-14184
              :
    *Debtors,*      :

## ORDER APPROVING COMPENSATION TO COUNSEL FOR DEBTOR

NOW, upon consideration of the Supplemental Application by Debtor's Chapter 13 Counsel Pursuant to Local Rule 2002(a)(6), for compensation and, in the absence of objection and, good cause existing for the approval thereof,

IT IS HEREBY ORDERED that the compensation charged by counsel for the Debtor, Michelle DeWald, Esquire, in the amount of FIVE HUNDRED DOLLARS ($500.00) for services provided after confirmation of debtors' chapter 13  is approved and may be paid pursuant to the terms of the confirmed Plan.

BY THE COURT:

Dated: 11/9/20

*Patricia M. Mayer*

_____
PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE