| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
### Chapter 13 Case No. 16-14184-PMM

JEREMIAS DEL VILLAR  
XIOMARA DEL VILLAR  
647 E. WYOMING STREET  
ALLENTOWN  PA    18103

Petition Filed Date: 06/09/2016  
341 Hearing Date: 09/20/2016  
Confirmation Date: 06/08/2017

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/14/2020 | $200.00 | | 02/26/2020 | $125.00 | | 03/23/2020 | $120.00 | |
| 04/24/2020 | $110.00 | | 04/29/2020 | $165.00 | | 01/20/2021 | $200.00 | 6799702883 |
| 03/02/2021 | $100.00 | | 04/07/2021 | $144.00 | | 05/10/2021 | $62.00 | |

**Total Receipts for the Period:  $1,226.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $2,192.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 17 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>»» 017 | Unsecured Creditors | $504.97 | $0.00 | $504.97 |
| 3 | AMERICAN INFOSOURCE LP<br>»» 003 | Unsecured Creditors | $669.73 | $0.00 | $669.73 |
| 4 | AMERICAN INFOSOURCE LP<br>»» 004 | Unsecured Creditors | $4,137.29 | $0.00 | $4,137.29 |
| 5 | AMERICAN INFOSOURCE LP<br>»» 005 | Unsecured Creditors | $2,099.81 | $0.00 | $2,099.81 |
| 6 | AMERICAN INFOSOURCE LP<br>»» 006 | Unsecured Creditors | $1,527.91 | $0.00 | $1,527.91 |
| 1 | ALLY FINANCIAL<br>»» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | ALLY FINANCIAL<br>»» 002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 12 | QUANTUM3 GROUP LLC as agent for<br>»» 012 | Unsecured Creditors | $1,115.62 | $0.00 | $1,115.62 |
| 13 | QUANTUM3 GROUP LLC as agent for<br>»» 013 | Unsecured Creditors | $350.92 | $0.00 | $350.92 |
| 14 | QUANTUM3 GROUP LLC as agent for<br>»» 014 | Unsecured Creditors | $799.68 | $0.00 | $799.68 |
| 16 | DEPARTMENT STORE NATIONAL BANK<br>»» 016 | Unsecured Creditors | $845.29 | $0.00 | $845.29 |
| 8 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 008 | Unsecured Creditors | $678.26 | $0.00 | $678.26 |
| 9 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 009 | Unsecured Creditors | $3,959.93 | $0.00 | $3,959.93 |
| 10 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 010 | Unsecured Creditors | $694.90 | $0.00 | $694.90 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 011 | Unsecured Creditors | $756.35 | $0.00 | $756.35 |
| 15 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 015 | Unsecured Creditors | $2,608.49 | $0.00 | $2,608.49 |

**Chapter 13 Case No. 16-14184-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 19 | SELENE FINANCE<br>»» 019 | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 18 | TD BANK USA NA<br>»» 018 | Unsecured Creditors | $2,125.95 | $0.00 | $2,125.95 |
| 7 | WELLS FARGO<br>»» 007 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 20 | MICHELLE DE WALD ESQ<br>»» 020 | Attorney Fees | $2,500.00 | $2,011.85 | $488.15 |
| 20 | MICHELLE DE WALD ESQ<br>»» 20B | Attorney Fees | $250.00 | $0.00 | $250.00 |
| 0 | MICHELLE DE WALD ESQ | Attorney Fees | $500.00 | $0.00 | $500.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $2,192.00 | Current Monthly Payment: | $72.00 |
| Paid to Claims: | $2,011.85 | Arrearages: | $142.00 |
| Paid to Trustee: | $180.15 | Total Plan Base: | $3,630.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

• PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.