| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
### Chapter 13 Case No. 16-14184-PMM

JEREMIAS DEL VILLAR
XIOMARA DEL VILLAR
647 E. WYOMING STREET
ALLENTOWN  PA    18103

Petition Filed Date: 06/09/2016
341 Hearing Date: 09/20/2016
Confirmation Date: 06/08/2017

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/07/2021 | $144.00 | | 05/10/2021 | $62.00 | | 06/21/2021 | $72.00 | |
| 07/19/2021 | $72.00 | | 08/23/2021 | $100.00 | | 09/22/2021 | $72.00 | |
| 10/22/2021 | $72.00 | | 11/22/2021 | $72.00 | | 12/20/2021 | $144.00 | |
| 01/24/2022 | $144.00 | | 03/01/2022 | $144.00 | | 03/22/2022 | $144.00 | |
| 05/04/2022 | $144.00 | | 06/06/2022 | $100.00 | | 06/29/2022 | $102.00 | |
| 07/27/2022 | $100.00 | | | | | | | |

**Total Receipts for the Period:  $1,688.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing:  $3,674.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 17 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>»»  017 | Unsecured Creditors | $504.97 | $0.00 | $504.97 |
| 3 | AMERICAN INFOSOURCE LP<br>»»  003 | Unsecured Creditors | $669.73 | $0.00 | $669.73 |
| 4 | AMERICAN INFOSOURCE LP<br>»»  004 | Unsecured Creditors | $4,137.29 | $0.00 | $4,137.29 |
| 5 | AMERICAN INFOSOURCE LP<br>»»  005 | Unsecured Creditors | $2,099.81 | $0.00 | $2,099.81 |
| 6 | AMERICAN INFOSOURCE LP<br>»»  006 | Unsecured Creditors | $1,527.91 | $0.00 | $1,527.91 |
| 1 | ALLY FINANCIAL<br>»»  001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | ALLY FINANCIAL<br>»»  002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 12 | QUANTUM3 GROUP LLC as agent for<br>»»  012 | Unsecured Creditors | $1,115.62 | $0.00 | $1,115.62 |
| 13 | QUANTUM3 GROUP LLC as agent for<br>»»  013 | Unsecured Creditors | $350.92 | $0.00 | $350.92 |
| 14 | QUANTUM3 GROUP LLC as agent for<br>»»  014 | Unsecured Creditors | $799.68 | $0.00 | $799.68 |
| 16 | DEPARTMENT STORE NATIONAL BANK<br>»»  016 | Unsecured Creditors | $845.29 | $0.00 | $845.29 |
| 8 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»»  008 | Unsecured Creditors | $678.26 | $0.00 | $678.26 |
| 9 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  009 | Unsecured Creditors | $3,959.93 | $0.00 | $3,959.93 |
| 10 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  010 | Unsecured Creditors | $694.90 | $0.00 | $694.90 |

**Chapter 13 Case No. 16-14184-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 11 | PORTFOLIO RECOVERY ASSOCIATES »» 011 | Unsecured Creditors | $756.35 | $0.00 | $756.35 |
| 15 | PORTFOLIO RECOVERY ASSOCIATES »» 015 | Unsecured Creditors | $2,608.49 | $0.00 | $2,608.49 |
| 19 | SELENE FINANCE LP »» 019 | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 18 | TD BANK USA NA »» 018 | Unsecured Creditors | $2,125.95 | $0.00 | $2,125.95 |
| 7 | WELLS FARGO »» 007 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 20 | MICHELLE DE WALD ESQ »» 020 | Attorney Fees | $2,500.00 | $2,500.00 | $0.00 |
| 20 | MICHELLE DE WALD ESQ »» 20B | Attorney Fees | $250.00 | $250.00 | $0.00 |
| 0 | MICHELLE DE WALD ESQ | Attorney Fees | $500.00 | $500.00 | $0.00 |
| 22 | ACCEPTANCE NOW | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 26 | CITY OF ALLENTOWN | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 29 | HEALTH ACCESS NETWORK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 30 | HH GREGG/GECRB | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 31 | LEHIGH VALLEY HEALTH NETWORK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 32 | LEHIGH VALLEY HOSPITAL | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 33 | FIRST FED CREDIT CONTROL | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 34 | MUHLENBERG ER PHYSICIAN | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 37 | TARGET NATIONAL BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 38 | HOME DEPOT | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | | |
|---|---|---|---|---|
| Total Receipts: | $3,674.00 | | Current Monthly Payment: | $72.00 |
| Paid to Claims: | $3,250.00 | | Arrearages: | ($404.00) |
| Paid to Trustee: | $305.03 | | Total Plan Base: | $3,630.00 |
| Funds on Hand: | $118.97 | | | |

**NOTES:**

• PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.