Certificate Number: 15111-PAE-DE-036807313

Bankruptcy Case Number: 16-14184



15111-PAE-DE-036807313

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 5, 2022, at 1:34 o'clock AM EDT, Xiomara Del Villar completed a course on personal financial management given by internet by BE Adviser, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   September 5, 2022

By:   /s/Ryan McDonough

Name:   Ryan McDonough

Title:   Executive Director of Education