United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-14184-pmm |
| Jeremias Del Villar | Chapter 13 |
| Xiomara Del Villar | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 4 |
| Date Rcvd: Sep 06, 2022 | Form ID: 138OBJ | Total Noticed: 48 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++   Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 08, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jeremias Del Villar, Xiomara Del Villar, 1055 Centronia Road, Apt. N-13, Breinigsville, PA 18031-1762 |
| 13957315 | + | Ally Financial, Inc., c/o Regina Cohen, Esq., 190 North Independence Mall West, Suite, 6th & Race Streets, Philadelphia, PA 19106-1554 |
| 13750221 | + | Bank of America, NA, c/o Joshua I. Goldman, Esq., KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 13839551 | + | Bank of America, NA, c/o Thomas Puleo, Esq., KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 13742447 | ++ | CITIBANK, PO BOX 790034, ST LOUIS MO 63179-0034 address filed with court:, The Home Depot, P.O. Box 182676, Columbus, OH 43218-2676 |
| 13742429 | + | City of Allentown EMS, 723 W. Chew Street, 2nd floor, Allentown, PA 18102-4084 |
| 13742432 | | Health Network Laboratories, P.O. Box 8500, #9581, Philadelphia, PA 19178-8500 |
| 13742434 | | Lehigh Valley Health Network, P.O. Box 8500, Philadelphia, PA 19178-7821 |
| 13742435 | | Lehigh Valley Hospital, P.O. Box 8500, #8076, Philadelphia, PA 19178-8076 |
| 13742438 | + | Michelle DeWald, 44 E Broad St., Bethlehem, PA 18018-5947 |
| 13742439 | + | Muhlenberg Hospital Center, 2545 Schoenersville Road, Bethlehem, PA 18017-7384 |
| 13742442 | ++ | OVERSTOCK COM INC, 799 W COLISEUM WAY, MIDVALE UT 84047-4867 address filed with court:, Overstock.com, 6350 South 3000 East, Salt Lake City, UT 84121 |
| 13742443 | + | Penn Credit Corporation, 916 S. 14th Street, Harrisburg, PA 17104-3425 |
| 13742444 | | Springleaf Financial Services, 4658 Broadway, ste B01, Allentown, PA 18104-3214 |
| 13742446 | + | The CBE Group Inc., P.O. Box 900, Waterloo, IA 50704-0900 |
| 13854568 | + | U.S. Bank Association, c/o William E. Miller, Esq., 1581 Main Street, Suite 200, The Shops at Valley Square, Warrington, PA 18976-3403 |
| 13841424 | + | U.S. Bank National Association, not in, its individual capacity, but solely as, legal title trustee for BCAT 2016-18TT, c/o Selene Finance LP, 9990 Richmond Ave. Ste 400 South Houston, TX 77042-4546 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Sep 07 2022 04:06:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Sep 07 2022 04:06:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 13742423 | + | Email/Text: bankruptcy@rentacenter.com | Sep 07 2022 04:06:00 | Acceptance Now, 5501 Headquarters, Plano, TX 75024-5837 |
| 13750659 | | Email/Text: ally@ebn.phinsolutions.com | Sep 07 2022 04:06:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 13750857 | | Email/Text: ally@ebn.phinsolutions.com | Sep 07 2022 04:06:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 13742424 | | Email/Text: ally@ebn.phinsolutions.com | Sep 07 2022 04:06:00 | Ally Financial, P.O. Box 9001951, Louisville, KY 40290-1951 |
| 13742425 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Sep 07 2022 04:06:00 | Bank of America, 450 American Street #SV416, Simi Valley, CA 93065-6285 |
| 13742426 | + | Email/Text: BarclaysBankDelaware@tsico.com | Sep 07 2022 04:06:00 | Barclay's Bank of Delaware, 125 S. West Street, |

| Recipient ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Wilmington, DE 19801-5014 |
| 13742427 | | Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Sep 07 2022 04:06:00 | Bonton, P.O. Box 15521, Wilmington, DE 19850-5521 |
| 13742428 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 07 2022 04:04:41 | Capital One Bank, P.O. Box 30281, Salt Lake City, UT 84130-0281 |
| 13754785 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 07 2022 04:04:34 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 13742436 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 07 2022 04:15:52 | Macy's, P.O. Box 8218, Mason, OH 45050 |
| 13833325 | | Email/Text: bnc-quantum@quantum3group.com | Sep 07 2022 04:06:00 | Department Store National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 13742430 | | Email/Text: G06041@att.com | Sep 07 2022 04:06:00 | Direct TV, P.O. Box 5007, Carol Stream, IL 60197-5007 |
| 13835119 | | Email/Text: G06041@att.com | Sep 07 2022 04:06:00 | Directv, LLC, by American InfoSource LP as agent, PO Box 5008, Carol Stream, IL 60197-5008 |
| 13742431 | | Email/Text: mrdiscen@discover.com | Sep 07 2022 04:06:00 | Discover, P.O. Box 71084, Charlotte, NC 28272-1084 |
| 13742433 | | Email/PDF: gecsedi@recoverycorp.com | Sep 07 2022 04:04:50 | HH Gregg, P.O. Box 965036, Orlando, FL 32896-5036 |
| 13772239 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 07 2022 04:06:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 13742437 | | Email/Text: jill@ffcc.com | Sep 07 2022 04:06:00 | Medical Specialists Epi Gastro, c/o First Fed Credit Control, 2470 Chagrin Blvd, ste 205, Beachwood, OH 44122-5630 |
| 13742440 | | Email/Text: Bankruptcies@nragroup.com | Sep 07 2022 04:06:00 | National Recovery Agency, P.O. Box 67015, Harrisburg, PA 17106-7015 |
| 13742441 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 07 2022 04:06:00 | New York & Co., P.O. Box 182789, Columbus, OH 43218-2789 |
| 13799900 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 07 2022 04:04:42 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13807908 | | Email/Text: bnc-quantum@quantum3group.com | Sep 07 2022 04:06:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 13807909 | | Email/Text: bnc-quantum@quantum3group.com | Sep 07 2022 04:06:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 13746403 | | Email/PDF: rmscedi@recoverycorp.com | Sep 07 2022 04:04:50 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 13791109 | | Email/PDF: cbp@onemainfinancial.com | Sep 07 2022 04:04:51 | SPRINGLEAF FINANCIAL SERVICES, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 13837297 | + | Email/Text: bncmail@w-legal.com | Sep 07 2022 04:06:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 13742445 | | Email/Text: bncmail@w-legal.com | Sep 07 2022 04:06:00 | Target National Bank, P.O. Box 873, Minneapolis, MN 55440 |
| 13742449 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Sep 07 2022 04:15:57 | WFFNB/Furniture Barn, P.O. Box 14517, Des Moines, IA 50306-3517 |
| 13742448 | | Email/PDF: gecsedi@recoverycorp.com | Sep 07 2022 04:04:50 | Walmart, P.O. Box 965024, Orlando, FL 32896-5024 |
| 13765602 | | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | Sep 07 2022 04:16:02 | Wells Fargo Bank NA, PO Box 10438, Des Moines IA 50306-0438 |

TOTAL: 31

Case 16-14184-pmm   Doc 163   Filed 09/08/22   Entered 09/09/22 00:35:48   Desc
Imaged Certificate of Notice   Page 3 of 5

| District/off: 0313-4 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Sep 06, 2022 | Form ID: 138OBJ | Total Noticed: 48 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 13910307 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 08, 2022        Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 6, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CHARLES GRIFFIN WOHLRAB | on behalf of Creditor U.S. Bank National Association  not in its individual capacity, but solely as legal title trustee for BCAT 2016-18TT cwohlrab@raslg.com |
| CHRISTOPHER M. MCMONAGLE | on behalf of Creditor U.S. Bank National Association  not in its individual capacity, but solely as legal title trustee for BCAT 2016-18TT cmcmonagle@timoneyknox.com, bkecf@sterneisenberg.com |
| DANIEL P. JONES | on behalf of Creditor U.S. Bank National Association  not in its individual capacity, but solely as legal title trustee for BCAT 2016-18TT djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor BANK OF AMERICA   N.A. bkgroup@kmllawgroup.com |
| JOSHUA I. GOLDMAN | on behalf of Creditor BANK OF AMERICA   N.A. Josh.Goldman@padgettlawgroup.com, angelica.reyes@padgettlawgroup.com |
| LISA MARIE CIOTTI | on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com ecf_frpa@trustee13.com |
| MICHELLE DEWALD | on behalf of Joint Debtor Xiomara Del Villar mdewald@rcn.com |
| MICHELLE DEWALD | on behalf of Debtor Jeremias Del Villar mdewald@rcn.com |
| REGINA COHEN | on behalf of Creditor Ally Financial Inc. rcohen@lavin-law.com  mmalone@lavin-law.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| THOMAS I. PULEO | on behalf of Creditor BANK OF AMERICA   N.A. tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM EDWARD MILLER | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION  Et Al... wmiller@friedmanvartolo.com, |

District/off: 0313-4 | User: admin | Page 4 of 4
Date Rcvd: Sep 06, 2022 | Form ID: 138OBJ | Total Noticed: 48

bankruptcy@friedmanvartolo.com

WILLIAM EDWARD MILLER
on behalf of Creditor U.S. Bank National Association not in its individual capacity, but solely as legal title trustee for BCAT 2016-18TT wmiller@friedmanvartolo.com, bankruptcy@friedmanvartolo.com

TOTAL: 14

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Jeremias Del Villar and Xiomara Del Villar

        Debtor(s)

Case No: 16−14184−pmm

Chapter: 13

---

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

United States Bankruptcy Court
Office of the Clerk, Gateway Building
201 Penn Street, 1st Floor
Reading, PA 19601

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 9/6/22

162 − 153
Form 138OBJ